UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKAZULU KASENZANGAKHONA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>L. CANO, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:23-cv-01764 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF<br><br>(Doc. 10) |

　　　　Shakazulu Sigidi KasenzangaKhona seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983.  Plaintiff seeks a court order mandating the removal of his VIO Administrative Determinate classification[1] and "transfer to a minimum support facility." (Doc. 10 at 2.)

　　　　The assigned magistrate judge found Plaintiff failed to show he is entitled to injunctive relief, because he "does not establish he is likely to succeed on the merits of his claim," because his initial complaint was dismissed for failure to state a claim. (Doc. 14 at 4.)  In addition, the magistrate judge determined Plaintiff did not demonstrate irreparable harm would result otherwise. (*Id.* at 5.)  Finally, the magistrate judge found that "Plaintiff makes no demonstration that the balance of equities tips in his favor or that the injunction he seeks is in the public's

---

[1] This classification refers to Plaintiff's past violent conduct and, apparently, and is imposed to reduce the risk of future violence. (Doc. 1 at 10-11)

interest." (*Id.* at 6.)  The magistrate judge also noted it was unclear whether the Court had jurisdiction to order the removal of VIO Administrative Determinate by unidentified staff at SATF.  (*Id.* at 5-6.)  Therefore, the magistrate judge recommended Plaintiff's request for injunctive relief be denied.  (*Id.* at 6.)

Plaintiff filed objections to the magistrate's findings. (Doc. 20.)  However, Plaintiff does not identify any facts supporting a conclusion that he is likely to succeed on the merits of his claims or would suffer an irreparable harm, as required to be entitled to injunctive relief.  (*See generally* Doc. 20.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 12, 2024 (Doc. 14) are **ADOPTED** in full.
2. Plaintiff's request for injunctive relief (Doc. 10) is **DENIED**.
3. This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **April 19, 2024**

UNITED STATES DISTRICT JUDGE

2