# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKAZULU SIGIDI KASENZANGAKHONA,<br><br>  Plaintiff,<br><br>v.<br><br>L. CANO, et al.,<br><br>  Defendants. | Case No.: 1:23-cv-01764 JLT SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 24) |

Plaintiff seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge found Plaintiff's first amended complaint failed to state a claim upon which relief could be granted and recommended dismissal without leave to amend. (Doc. 24.) The magistrate judge advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 14-15, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) More than 14 days have passed, yet no objections have been filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 3, 2025 (Doc. 24) are **ADOPTED** in full.
2. The first amended complaint is **DISMISSED** without leave to amend for a failure to state a claim upon which relief can be granted.
3. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated: __April 27, 2025__

UNITED STATES DISTRICT JUDGE

2